UNITED STATES of America,
Plaintiff–Appellee

v.

Alberto VALENCIA–MOSQUERA,
Defendant–Appellant.

No. 12–41203
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 25, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Having appealed his 46–month prison sentence for illegal reentry following deportation, Alberto Valencia–Mosquera now moves this court for summary disposition. He correctly concedes that the argument he raises is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), *cert. denied,* —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013), which held that a federal conviction for conspiracy to commit a drug trafficking offense supports an offense level adjustment under U.S.S.G. § 2L1.2(b)(1)(A)(i). He raises the issue to preserve it for further review by the Supreme Court. The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.